

FILED
CLERK, U.S. DISTRICT COURT
MAY 11 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. DEFENDANT(S). | CASE NUMBER  22-MJ-1859  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Government__, IT IS ORDERED that a detention hearing is set for __May 16__, __2022__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __DUTY__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/11/22__

_____
U.S. District Judge/Magistrate Judge